UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK GOLDFEDER,

    Plaintiff,

v.                                                        Case No. 8:20-cv-378-T-CPT

CITY OF TARPON SPRINGS,
FLORIDA,

    Defendant.
_____/

**O R D E R**

    Before the Court is the *Mediation Report* of Cynthia N. Sass advising that this case has settled. (Doc. 24). In light of this report, it is hereby ORDERED pursuant to Local Rule 3.08 that this case is DISMISSED, subject to the right of any party within sixty (60) days of the date of this Order to submit a stipulated form of final order or judgment, or, upon good cause shown, to reopen the action. After that sixty-day period, the dismissal shall be with prejudice. The Clerk of Court is directed to terminate any pending motions and deadlines and to close the case.

    DONE and ORDERED in Tampa, Florida, this 24th day of September 2020.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record