IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK GOLDFEDER,**
  an individual,

    Plaintiff,                            **CASE NO.: 8:20-cv-00378-SDM-CPT**

v.

**CITY OF TARPON SPRINGS, FLORIDA,**
  a Florida municipality,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, MARK GOLDFEDER, by and through undersigned counsel, and upon agreement with counsel for Defendant, CITY OF TARPON SPRINGS, FLORIDA, hereby files this Notice of Settlement pursuant to Local Rule 3.08(a) and prays that the Court administratively close this file subject to the provisions of Local Rule 3.08(b).

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                            Respectfully submitted,

                                            **TOBIN LAW GROUP, PL**

                                            */s/ Bradley A. Tobin*
                                            Bradley A. Tobin
                                            Florida Bar No. 0101818
                                            btobin@tobinlawgroup.com
                                            Westchase Commons
                                            13043 West Linebaugh Ave.
                                            Tampa, Florida 33626
                                            Tel: (813) 452-6199
                                            Fax (813) 830-7200
                                            Attorney(s) for Plaintiff.