UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK GOLDFEDER,

    Plaintiff,

v.                                Case No. 8:20-cv-378-T-CPT

CITY OF TARPON SPRINGS,
FLORIDA,

    Defendant.
_____/

**O R D E R**

    Before the Court is the Plaintiff's *Notice of Voluntary Dismissal with Prejudice*. (Doc. 27). In light of this Notice and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that this action is dismissed with prejudice with each party to bear their own fees and costs.

    DONE and ORDERED in Tampa, Florida, this 1st day of October 2020.

*[signature: Christopher P. Tuite]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record